UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 16 2025

| UNITED STATES OF AMERICA | : | Case No. 1:25cr53 |
| --- | --- | --- |
| | : | |
| v. | : | Violations: |
| | : | |
| ANGELA SUE CONLEY | : | 18 U.S.C. § 1341 |
| | : | 18 U.S.C. § 1343 |

## INDICTMENT

The Grand Jury charges:

### Introduction

At various times material to this Indictment:

1. ANGELA SUE CONLEY ("CONLEY") was a resident of Bristol, Virginia, within the Western District of Virginia.

2. Company A was a corporation with headquarters in Bristol, Virginia, within the Western District of Virginia.

3. Company A employed CONLEY as the company's bookkeeper for approximately 43 years, until on or about February 4, 2025, when CONLEY was terminated after Company A discovered she was misappropriating company funds. As Company A's bookkeeper, CONLEY was responsible for, among other things, Company A's payroll. CONLEY had access to Company A's bank accounts and was issued a company credit card in CONLEY's name.

1

## The Scheme to Defraud

4.  Beginning in or about January 2020 and continuing until in or about February 2025, in the Western District of Virginia and elsewhere, CONLEY knowingly and willfully devised a scheme and artifice to defraud Company A, to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing and attempting to execute the scheme to defraud, knowingly and willfully transmitted and caused to be transmitted by means of wire communications, in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. § 1343, and used and caused to be used the United States Postal Service and private and commercial interstate carriers, in violation of 18 U.S.C. § 1341 ("the Scheme to Defraud").

## The Object of the Scheme to Defraud

5.  It was the object of the Scheme to Defraud for CONLEY to personally enrich herself by fraudulently obtaining funds belonging to and under the control of Company A.

## Manner and Means of the Scheme to Defraud

It was part of the scheme to defraud that:

6.  Using her authority as Company A's bookkeeper, CONLEY sent or caused to be sent, by interstate wire communications, transfers of funds from Company A's bank account to CONLEY's personal Capital One credit card account. These wires were made under materially false and fraudulent pretenses and were not done for a legitimate business purpose of Company. Throughout the Scheme to Defraud, CONLEY caused approximately

USAO No. 2025R00185

38 payments to be sent from Company A's bank account to CONLEY's personal Capital One credit card account, totaling approximately $139,246.00.

7. Using her authority as Company A's bookkeeper, CONLEY also sent or caused to be sent by interstate wire communications, transfers of funds from Company A's bank account to Verizon, BVU Authority, and the Virginia Department of Taxation as payment for CONLEY's personal bills. These wires were made under materially false and fraudulent pretenses, and had no legitimate business purpose. Throughout the Scheme to Defraud, CONLEY caused:

    a. approximately 44 fraudulent payments to be sent from Company A's account to CONLEY's personal Verizon account, totaling approximately $18,411.23;

    b. approximately eight fraudulent payments to be sent from Company A's account to CONLEY's personal BVU Authority account, totaling approximately $3,055.23; and

    c. one fraudulent payment to be sent from Company A's account to the Virginia Department of Taxation to pay CONLEY's spouse's individual income taxes, totaling approximately $9,556.42.

8. Using her authority as Company A's bookkeeper, CONLEY sent or caused to be sent by interstate wire communications, transfers of funds from Company A's bank account to CONLEY's personal bank accounts and 401k accounts by paying herself for forty hours of vacation pay in addition to her regular salary and by increasing the salary she was paid for some pay periods without authorization. These wires were made under

3

materially false and fraudulent pretenses, and had no legitimate business purpose. Throughout the Scheme to Defraud, CONLEY altered her paychecks from Company A and caused approximately 29 fraudulent payments to be sent from Company A's bank account to CONLEY's personal bank accounts and 401k accounts, totaling approximately $19,177.84.

9. Using her authority as Company A's bookkeeper, CONLEY used a Company A credit card to purchase items from Amazon which had no legitimate business purpose and were for CONLEY's fraudulent personal use. Throughout the Scheme to Defraud, CONLEY caused to be delivered by mail and private and commercial interstate carrier according to the direction thereon approximately 474 items, totaling approximately $16,443.00.

10. From in or about January 2020 until in or about February 2025, CONLEY caused not less than approximately $205,889.72 in fraudulent transactions to be made.

### COUNTS ONE THROUGH FIVE
(Wire Fraud – 18 U.S.C. § 1343)

1. The information in the Introduction is realleged and incorporated by reference.

2. On or about the dates listed below, in the Western District of Virginia and elsewhere, ANGELA SUE CONLEY, with the intent to defraud and for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted in interstate

4

USAO No. 2025R00185

commerce numerous wire communications including, but not limited to, those identified below.

| Count | Date (on or about) | Amount | Interstate Wire Communication |
|---|---|---|---|
| 1 | 1/2/2020 | $6,904.47 | Online payment from Company A's Lee Bank and Trust Checking Account to CONLEY's Capital One World Mastercard Account ending in 8146, thereby causing a wire to be transmitted interstate |
| 2 | 7/9/2020 | $1,018.73 | Automated Clearing House (ACH) transfer from Company A's Lee Bank and Trust Checking Account to CONLEY's Verizon Wireless Account ending in 2903-1, thereby causing a wire to be transmitted interstate |
| 3 | 2/25/2022 | $735.72 | Online payment from Company A's Lee Bank and Trust Checking Account via online payment to CONLEY's BVU Authority Customer Account ending in 8608, thereby causing a wire to be transmitted interstate |
| 4 | 10/29/2020 | $1,203.84 | Payment by check from Company A's First Bank and Trust Checking Account to CONLEY's Eastman Credit Union Account ending in 4008, thereby causing a wire to be transmitted interstate |
| 5 | 10/16/2023 | $9,556.42 | Payment by check from Company A's Lee Bank and Trust Checking Account to Virginia Department of Taxation in payment for CONLEY's spouse's individual income tax, thereby causing a wire to be transmitted interstate |

3. All in violation of Title 18, United States Code, Section 1343.

## COUNT SIX THROUGH TEN
### (Mail Fraud – 18 U.S.C. § 1341)

1. The information in the Introduction is realleged and incorporated by reference.

2. On or about the dates listed below, in the Western District of Virginia and elsewhere, ANGELA SUE CONLEY, with the intent to defraud and for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud,

5

USAO No. 2025R00185

and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be delivered by the United States Postal Service and by private and commercial interstate carrier, according to the directions thereon numerous items including, but not limited to, those identified below:

| Count | Date (on or about) | Description of Mailing |
|---|---|---|
| 6 | 7/27/20 | Teeth Whitening Kit, shipped via UPS Ground to CONLEY's residence in Bristol, Virginia |
| 7 | 12/1/2021 | Naturalizer Womens Michelle Classic High Heel Pump, shipped via USPS to CONLEY's residence in Bristol, Virginia |
| 8 | 7/12/2023 | Owlet® Dream Duo Smart Baby Monitor, shipped via Amazon Logistics to CONLEY's residence in Bristol, Virginia |
| 9 | 9/25/2023 | Pool Mate 24 ft Extra Strength Sandstone Winter Pool Cover for Above Ground Pools, shipped via United States Postal Service to CONLEY's residence in Bristol, Virginia |
| 10 | 10/22/2024 | 24PCS Autumn Fall Earrings Set for Women, shipped via Amazon Logistics to CONLEY's residence in Bristol, Virginia |

3. All in violation of Title 18, United States Code, Sections 1341.

## **NOTICE OF FORFEITURE**

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said offenses, pursuant to 18 U.S.C. § 982(a)(2)(A).

USAO No. 2025R00185

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

    Not less than $211,289.72 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

USAO No. 2025R00185

A TRUE BILL, this 16th day of December, 2025.

/s/ Grand Jury Foreperson

for ROBERT N. TRACCI
Acting United States Attorney

USAO No. 2025R00185